

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00201-CR

JUSTIN MICHAEL MILEM, Appellant          §     On Appeal from Criminal District Court No. 3

                                         §     of Tarrant County (1691690)

V.                                       §     May 29, 2025

                                         §     Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS                       §     (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr